AO 108 (Rev. 06/09)  Application for a Warrant to Seize Property Subject to Forfeiture

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Seizure of )<br>*(Briefly describe the property to be seized)* )<br>$40,000 held in JPMorgan Chase Bank )<br>account number 535515586 )<br>) | Case No. 2:22-cr-242 |

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the __Southern__ District of __Florida__ is subject to forfeiture to the United States of America under __18__ U.S.C. § __981__ *(describe the property)*:

$40,000 in funds currently located in the TARGET ACCOUNT, which is described in more detail in the affidavit of Special Agent Christian Mickelsen.

The application is based on these facts:
See Affidavit of Special Agent Christian Mickelsen

☑ Continued on the attached sheet.

*Christian Mickelsen*
*Applicant's signature*

Christian Mickelsen, IRS SA
*Printed name and title*

Sworn to me via telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 01/19/2022

*Judge's signature*

City and state: Charleston, SC                     Molly H. Cherry, United States Magistrate Judge
*Printed name and title*

Print     Save As...     Attach     Reset