# ATTACHMENT A

JPMorgan Chase Bank IS HEREBY COMMANDED upon service of this warrant to turn over all funds in the above account up to $40,000 to the serving law enforcement officer. If there are not sufficient funds in the account, you ARE FURTHER COMMANDED for a period of 14 days (including weekends) after the warrant's date of issuance to do the following regarding the above-listed account: 1) prevent any further withdrawals, debits, removals or reductions in any fashion; and 2) continue allowing and processing all transactions into the account including deposits, interest, dividends, and wires in. During the 14-day period the financial institution shall not close the account or process any debit transactions or wires out. All funds received into the account shall be frozen until on the 14th day of the 14-day period, the financial institution shall turn over funds up to $40,000 in the above-listed account to a designated federal law enforcement officer.

YOU ARE FUTHER COMMANDED to provide, upon request, balance information to Federal law enforcement agents or an Assistant United States Attorney.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to the below-listed United States Magistrate Judge. Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.