| Return | | |
|---|---|---|
| Case No.: 2:22-cr-242 | Date and time warrant executed: 1-19-22, ~4:30 PM | Copy of warrant and inventory left with: Janelle Burns, VP, JPMC |
| Inventory made in the presence of: N/A | | |
| Inventory of the property taken: Seizure of $40,000 in funds from JP Morgan Chase Acct # 535515586 as documented by Cashier's Check # 4556960646. 3/4/22 cm | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/4/22

_Executing officer's signature_

Christian Mickelsen, SA
_Printed name and title_